DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAUL VOTA,**
Appellant,

v.

**ANDREA BURGOS** and **RON NELSON,**
Appellees.

No. 4D2025-3229

[August 6, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Debra Ann Moses Stephens, Judge; L.T. Case No. 502022CC006162XXXXNB.

Paul Vota, Palm Beach Gardens, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***